

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-26-2007

# Time Warner v. FCC

Precedential or Non-Precedential: Precedential

Docket No. 05-4769

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Time Warner v. FCC" (2007). *2007 Decisions.* Paper 281.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/281

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 05-4769, 05-5153, 06-1466, 06-1467
_____

TIME WARNER TELECOM, Inc.,

Petitioner in No. 05-4769,

v.

FEDERAL COMMUNICATIONS COMMISSION; and
UNITED STATES OF AMERICA,

Respondents.

_____

EARTHLINK INC.,

Petitioner in No. 05-5153,

v.

FEDERAL COMMUNICATIONS COMMISSION,

Respondent.

_____

COMPTEL,

Petitioner in No. 06-1466,

v.

FEDERAL COMMUNICATIONS COMMISSION; and
UNITED STATES OF AMERICA,

Respondents,

MONTANA SKY NETWORKS INC,
d/b/a MONTANASKY.NET,

Intervenor.

_____

ACN COMMUNICATIONS SERVICES INC.;
BROADWING COMMUNICATIONS, LLC.; INTEGRA TELECOM INC;
MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.; MPOWER
COMMUNICATIONS CORP.; and PAC-WEST TELECOMM, INC.,

Petitioners in No. 06-1467,

v.

FEDERAL COMMUNICATIONS  COMMISSION; and
UNITED STATES  OF AMERICA

Respondents.

_____

On Petition for Review of a Final Order of the
Federal Communications Commission
_____

Argued March 16, 2007

Before: FUENTES, GREENBERG, and LOURIE,[*] Circuit Judges.

---

[*] Honorable Alan D. Lourie, United States Circuit Judge for the Federal Circuit,
sitting by designation.

ORDER AMENDING OPINION

FUENTES, <u>Circuit Judge</u>

IT IS NOW ORDERED that the published Opinion in the above case filed October 16, 2007, be amended as follows:

On page 16, footnote n. 8, line 2, should read: (1) Time Warner Telecom, Inc., which provides broadband Internet access services using local transmission lines, both self-deployed and leased from ILECs ("time Warner") . . . .

On page 28, footnote n. 11, line 1, should read: Time Warner does not dispute that cable modem broadband providers are the clear market leader in the provision of broadband service to residential customers. . . . .

By the Court,

<u>/s/ Julio M. Fuentes</u>
Circuit Judge

DATED: October 26, 2007
CRG/cc: David P. Murray, Esq.
James M. Carr, Esq.
Nancy C. Garrison, Esq.
Catherine G. O'Sullivan, Esq.
Donna N. Lampert, Esq.
Mark J. O'Connor, Esq.
Stephen J. Rosen, Esq.
Michael K. Kellogg, Esq.
Andrew G. McBride, Esq.
Robert B. McKenna, Esq.
Stephen J. Rosen, Esq.
Harold Feld, Esq.
Ivan C. Evilsizer, Esq.
John W. Butler, Esq.
Mark J. Fink, Esq.
Joshua M. Bobeck, Esq.